**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | | |
|---|---|---|
| **UNDER ARMOUR, INC.** | ) | |
| 1020 Hull Street | ) | |
| Baltimore, Maryland 21230, | ) | CIVIL ACTION NO. |
| | ) | 15-cv-166 |
| Plaintiff, | ) | |
| | ) | **JURY TRIAL** |
| v. | ) | **DEMANDED** |
| | ) | |
| **CASEY TARYN, LLC** | ) | |
| 2000 Ultimate Way | ) | |
| Weston, Florida 33326, | ) | |
| | ) | |
| **ASS ARMOR, LLC** | ) | |
| 333 Las Olas Way | ) | |
| Apt. 3603 | ) | |
| Fort Lauderdale, Florida 33301 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**COMPLAINT**

Plaintiff, Under Armour, Inc. ("Under Armour"), alleges as follows, upon actual

knowledge with respect to itself and its own acts, and upon information and belief as to all other

matter:

**NATURE OF THE ACTION**

1.     This is a civil action for trademark infringement, trademark dilution, unfair

competition, and cybersquatting under the Lanham Act, 15 U.S.C. § 1051, *et seq.* and/or

Maryland statutory and common law.  Under Armour seeks equitable and monetary relief from

Defendants' willful violations of Under Armour's trademark rights in its famous UNDER

ARMOUR mark and other ARMOUR-formative marks (the "ARMOUR Marks"), as well as its

well-known and widely promoted PROTECT THIS HOUSE tagline.

1

2.     Defendants have been offering for sale, selling, and promoting protective athletic clothing/gear under the ASS ARMOR name/mark and the PROTECT YOUR ASSETS tagline mark in violation of Under Armour's trademark rights.  As a result of Defendants' uses of the ASS ARMOR and PROTECT YOUR ASSETS marks in connection with their products, activities, and promotions, consumers are likely to believe Defendants and/or their products are made, approved, or licensed by Under Armour.

## PARTIES

3.     Plaintiff Under Armour is a Maryland corporation with a principal place of business at 1020 Hull Street, Baltimore, Maryland 21230.

4.     Defendant Casey Taryn, LLC is a Florida limited liability company with a principal place of business at 2000 Ultimate Way, Weston, Florida 33326.

5.     Defendant Ass Armor, LLC is a Florida limited liability company with a principal place of business at 333 Las Olas Way, Apt. 3603, Fort Lauderdale, Florida 33301.

## JURISDICTION AND VENUE

6.     This Court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338(a) and (b).  Because Under Armour is a citizen of the State of Maryland, Defendants are citizen of the State of Florida, and the matter in controversy exceeds $75,000 exclusive of interest and costs, the Court also has jurisdiction under 28 U.S.C. § 1332.  The Court has supplemental jurisdiction over Under Armour's state-law claims pursuant to 28 U.S.C. § 1367(a) because they are substantially related to its federal claims and arise out of the same case or controversy.

7.     This Court has specific personal jurisdiction over Defendants because they have purposefully availed themselves of the privilege of conducting business in Maryland.

2

Defendants offer, market, and promote their products bearing the marks that are the subject of this lawsuit through their website and other means to consumers located in Maryland and use those marks to promote and advertise their products in Maryland and elsewhere.

8.      Venue lies in this District pursuant to 28 U.S.C. § 1391(b) and (c) because a substantial part of the events giving rise to Under Armour's claims have occurred and are continuing to occur in this District and Under Armour's trademarks at issue are located in this District, where Under Armour maintains its principal place of business.

**UNDER ARMOUR, ITS PRODUCTS, AND ITS ARMOUR TRADEMARKS**

9.      Under Armour is one of the world's most successful, popular, and well-known providers of performance apparel, footwear, sporting goods, protective clothing and gear, and accessories.  Through Under Armour's innovative use of advanced engineering and technology, it has revolutionized the performance-product industry.  In 2014 alone, Under Armour sold more than $3 billion worth of products.

10.     Since at least as early as 1996, Under Armour has continuously used and promoted the UNDER ARMOUR name/mark for apparel.

11.     Over the years, Under Armour has expanded to a wide range of other products and services, including but not limited to a full line of athletic clothing, footwear, and headwear; protective gear; safety gear; tactical gear; workwear; hunting gear; and sports equipment.  The distinctive UNDER ARMOUR name/mark has been used and promoted across Under Armour's extensive product line.

12.     In addition to its UNDER ARMOUR name/mark, Under Armour has used and promoted the ARMOUR mark alone and numerous other ARMOUR Marks in connection with its wide range of products and services, including, for example, GAMEDAY ARMOUR,

OFFSHORE ARMOUR, ARMOURBLOCK, ARMOUR STRETCH, ARMOURSTORM, ARMOUR GRABTACK, ARMOURVENT, ARMOUR FLEECE, ARMOUR SELECT, ARMOURLOFT, ARMOURGRIP, ARMOURCHILL, ARMOURSIGHT, and ARMOURSTEALTH, among others.  These ARMOUR-formative marks have been used and promoted individually and/or together, and consumers have come to associate the ARMOUR portion of the marks with UNDER ARMOUR.

### Under Armour's Snowboarding, Skiing, and Protective Clothing and Gear

13.    Among its products, Under Armour has for years offered under its UNDER ARMOUR and other ARMOUR Marks snowboarding and ski products, including snowboard pants, snowboard gloves and mittens, ski pants, ski jackets, skiwear, and ski gloves, e.g.:





14.     Under Armour has also for years offered a wide variety of protective gear under

its UNDER ARMOUR and other ARMOUR Marks, including girdles, jockstraps,

padded/protective pants and shorts, padded shirts, impact-resistant gear, helmets, leg guards, chin

protectors, mouthguards, knee pads, shin guards, elbow guards, forearm pads, and shoulder pads, among other products, e.g.:









**Under Armour's Sales and Promotion of Its ARMOUR-Branded Products**

15.     Under Armour has sold billions of dollars worth of products under the UNDER ARMOUR and other ARMOUR Marks.  Those products are promoted, offered, and sold nationwide through a wide variety of retail means, including but not limited to thousands of retail stores.  These retail stores include Under Armour's own Factory and Brand House retail stores, as well as national, regional, independent, and specialty retailers such as *Academy Sports & Outdoors, Bass Pro Shops, Cabela's, Foot Locker, Finish Line*, *The Sports Authority*, *Dick's Sporting Goods*, *Macy's, Dunham's, Modell's, Hibbett Sports, Nordstrom*, and *The Army and Air Force Exchange Service.*

16.     For years, Under Armour has spent tens of millions of dollars annually advertising and promoting its ARMOUR Marks and products to the general public.  Under Armour has widely and extensively promoted its ARMOUR Marks and products through virtually every available type of print and digital media, including but not limited to print publications, signage, television, and/or the Internet.

17.     With respect to publications and signage, Under Armour has advertised and promoted its ARMOUR Marks and products in a wide variety of nationally circulated magazines and newspapers.  Further, the ARMOUR Marks have been featured on billboards and other signage in various cities, including but not limited to Baltimore, Philadelphia, and New York City's Times Square.

18.     Under Armour has advertised and promoted its ARMOUR Marks and products through television commercials, including a television commercial during the Super Bowl, product placement in popular movies, national television programs, including the *Ridge Reaper*

hunting show on the Outdoor Channel, video games, and coverage of sporting events featuring its branded products, among other means.

19.     Under Armour also promotes and showcases its UNDER ARMOUR and other ARMOUR Marks and products on its own and authorized websites and social-media sites, including but not limited to www.underarmour.com, www.facebook.com/underarmour, and www.twitter.com/underarmour, among others, as well as through Under Armour's catalogs. Further, Under Armour's ARMOUR Marks and products are advertised and/or sold through many of its retailers' websites, including but not limited to the websites used by *Bass Pro Shops*, *Bloomingdales.com*, *Cabela's*, *City Sports*, *Dick's Sporting Goods*, *Eastbay*, *Eastern Mountain Sports*, *Finish Line*, *Foot Locker*, *Gilt Groupe*, *Hibbett*, *LL Bean*, *Lord & Taylor*, *Macys.com*, *MC Sports*, *Modell's*, *Nordstrom*, *Sportsman's Guide*, and *Sportsman's Warehouse*.

20.     Sponsorships, outfitting agreements, and individual athlete agreements represent another significant form of advertising and promotion by Under Armour.  Under Armour's ARMOUR Marks are promoted through high-profile athletes and teams at the youth, collegiate, professional, and Olympic levels, including World Champion downhill skier Lindsey Vonn and champion freeskier Bobby Brown.  Under Armour products have also been endorsed by a number of other well-known skiers, including Sean Jordan, Justin Dorey, Jen Hudak, Alex Ferreira, and Ahmet Dadali; and snowboarders, including Chas Guldemond, Tyler Nicholson, Kyle Clancy, Bjorn Leines, Jeremy Thompson, and Dustin Craven, among others.

21.     Since 2006, Under Armour has been an authorized supplier of footwear to the NFL and is currently also the official performance footwear supplier to the MLB and authorized supplier of gloves to the NFL.

22.     In addition to its own substantial advertising and promotional activities, Under Armour and its ARMOUR Marks and products have received and continue to receive widespread unsolicited media coverage.  Indeed, many of the athletes, teams, and sporting events sponsored by Under Armour appear on nationally broadcast television programs and in widely circulated publications, exposing tens of millions of consumers to the ARMOUR Marks.

23.     Under Armour has received numerous awards for its commercial success in connection with the development of its innovative and technologically enhanced products and its marketing and branding achievements.  In 2014, Under Armour received the prestigious "Marketer of the Year" Award from *Advertising Age* magazine.  Additionally, *Yahoo Finance* named Under Armour the 2014 "Company of the Year."

24.     As a result of its distinctive nature, and thus inherent strength; widespread advertising, publicity, promotion, and sales; and longstanding and extensive use and recognition, the UNDER ARMOUR mark has been well known and famous for years.

25.     In *Under Armour, Inc. v. Bode*, Opp. No. 91178653 (TTAB May 21, 2009), the Trademark Trial and Appeal Board of the United States Patent and Trademark Office (PTO) expressly acknowledged the fame of the UNDER ARMOUR mark.

**Under Armour's PROTECT THIS HOUSE Tagline Mark**

26.     Since at least as early as 2004, Under Armour has used and promoted the tagline

mark PROTECT THIS HOUSE in connection with its products and services in many of the ways

described above, e.g.:





27.     Under Armour has extensively advertised and promoted its PROTECT THIS

HOUSE mark, including but not limited to through major media campaigns and use at NFL,

MLB, NHL, and collegiate games, and a wide range of athletic events.  The mark is widely

viewed and recognized as associated with Under Armour and its goods and services.

28.     As a result of the distinctive nature, and thus inherent strength, of the PROTECT THIS HOUSE mark as applied to Under Armour's products; the widespread advertising, publicity, promotion, and sales of goods and services under that mark; and Under Armour's longstanding and extensive use of the mark, the PROTECT THIS HOUSE mark has been well known for years.

**UNDER ARMOUR'S TRADEMARK REGISTRATIONS FOR ITS
ARMOUR AND PROTECT THIS HOUSE MARKS**

29.     Under Armour owns, among others, the following valid and subsisting U.S. federal trademark registrations for its UNDER ARMOUR marks, including for ski and snowboard clothing and protective gear/clothing (printouts from the PTO database are attached as Exhibit A):

| Mark | Reg. No. | Reg. Date | Products/Services |
|---|---|---|---|
| UNDER ARMOUR | 2279668 | 09/21/99 | Clothing, namely, t-shirts, long sleeve shirts, mock turtle necks, hats, shorts, shirts, leggings, jersey's, pants, headwear for winter and summer, under wear, tank tops (male and female), winter caps, sweat shirts/pull overs, womens bra in Class 25 |
| UNDER ARMOUR | 3712052 | 11/17/09 | Ankle socks, athletic uniforms, baseball caps, baseball shoes, baseball uniforms, baselayer bottoms, baselayer tops, beach footwear, boxer briefs, boxer shorts, briefs, capri pants, children's headwear, coats, dresses, fleece pullovers, football shoes, footwear, foul weather gear, golf caps, golf shirts, golf trousers, hooded pullovers, hunting vests, jogging pants, knit shirts, men's socks, mittens, moisture-wicking sports bras, moisture-wicking sports pants, moisture-wicking sports shirts, polo shirts, rain jackets, rain trousers, rainproof jackets, rainwear, running shoes, short-sleeved or long-sleeved t-shirts, short-sleeved shirts, ski bibs, ski gloves, ski jackets, ski pants, ski wear, |

| Mark | Reg. No. | Reg. Date | Products/Services |
|---|---|---|---|
| | | | skorts, sleeveless jerseys, snow pants, snowboard gloves, snowboard mittens, snowboard pants, soccer boots, sport shirts, sports bras, sports jerseys, sports pants, sports shirts, sweat bands, sweat pants, tennis wear, thongs, thongs, training shoes, undershirts, unitards, visors, waterproof jackets and pants, wind pants, wind resistant jackets, wind shirts, in Class 25 |
| UNDER ARMOUR | 3052160 | 01/31/06 | Chin strap pads for use with protective helmets in Class 9; toiletry kits, sold empty in Class 18; sports bottles, sold empty in Class 21; lanyards for holding mouthpieces, water bottles, eyeglasses, badges, or keys in Class 22; sports towels in Class 24; gloves in Class 25 |
| UNDER ARMOUR | 3700135 | 10/20/09 | Clothing for athletic use, namely, padded shirts, padded pants, padded shorts, padded elbow compression sleeves in Class 25; Golf bags; bags specially adapted for sports equipment; golf gloves; batting gloves; football gloves; lacrosse gloves; mouth guards for athletic use; cases for holding athletic mouth guards; athletic equipment, namely, guards for the lips; chin pads for athletic use; knee pads for athletic use; elbow pads for athletic use; forearm pads for athletic use; shin guards for athletic use; football girdles; jock straps in Class 28 |
| UNDER ARMOUR | 4143498 | 05/15/12 | Lacrosse sticks; lacrosse stick heads; lacrosse stick shafts; lacrosse stick handles; lacrosse gloves; lacrosse arm guards; lacrosse shoulder pads; lacrosse elbow pads; and replacement parts for the foregoing goods in Class 28 |
| UNDER ARMOUR | 3812080 | 6/29/10 | Baseball and softball equipment for catchers, namely, face masks, chest protectors, leg guards, knee supports, and replacement parts for |

| Mark | Reg. No. | Reg. Date | Products/Services |
|------|----------|-----------|-------------------|
| | | | the foregoing goods in Class 9; Baseball and softball equipment for catchers, namely, catchers' helmets in Class 28 |
| UNDER ARMOUR | 3944542 | 4/12/11 | Sporting goods, namely, sports balls in Class 28 |
| UNDER ARMOUR | 3929387 | 3/8/11 | Baseball bat bags; Field hockey gloves; Field hockey stick bags; Lacrosse stick bags; Running gloves; Softball bat bags in Class 28 |
| UNDER ARMOUR | 4135826 | 5/1/12 | Eyewear; goggles for sports in Class 9 |
| UNDER ARMOUR | 4143499 | 5/15/12 | Protective helmets for sports; baseball and softball batting helmets; protective eyewear, namely, lacrosse goggles in Class 9 |
| UNDER ARMOUR | 2917039 | 1/11/05 | Wristbands, headbands, rain suits, jackets, skirts, athletic sleeves, hoods, skull wraps, skull caps, vests, hats, shorts, shirts, leggings, pants, headwear for winter and summer, underwear, tank tops, bras, girdles in Class 25 |
| UNDER ARMOUR | 3178549 | 11/28/06 | Athletic footwear in Class 25 |
| UNDER ARMOUR | 3375771 | 1/29/08 | Retail store services featuring apparel and sporting goods in Class 35 |
| UNDER ARMOUR | 3638277 | 06/16/09 | Online retail store services featuring apparel, footwear, sporting goods, eyewear, headwear, wrist bands, sweat bands, belts, gloves, hand-warmers, plastic water bottles sold empty, watches, sports bags, tote bags, travel bags, backpacks, golf bags, messenger bags, duffel bags, shoe bags for travel, toiletry bags sold empty, wheeled bags, waist packs, sling bags, umbrellas, towels, posters; mobile retail store services featuring apparel, footwear, and sporting goods in Class 35 |

| Mark | Reg. No. | Reg. Date | Products/Services |
|---|---|---|---|
| UNDER ARMOUR | 4380298 | 08/06/13 | Light duty utility gloves; Reusable plastic water bottles sold empty; Reusable stainless steel water bottles sold empty; Sports bottles sold empty; Squeeze bottle sold empty; Vacuum bottles; Water bottles sold empty; Work gloves in Class 21 |
| UNDER ARMOUR | 4225998 | 10/16/12 | Bandanas; Baseball shoes; Basketball sneakers; Beachwear; Bib overalls for hunting; Bikinis; Camouflage gloves; Camouflage jackets; Camouflage pants; Camouflage shirts; Camouflage vests; Cleats for attachment to sports shoes; Fishing shirts; Football shoes; Golf shorts; Hunting jackets; Hunting pants; Hunting shirts; Men's dress socks; Sneakers; Swimwear; Volleyball jerseys; Yoga pants; Yoga shirts in Class 25 |
|  | 3081173 | 04/18/06 | Toiletry kits, sold empty, in Class 18; Gloves in Class 25 |
|  | 3138451 | 09/05/06 | Clothing, namely, gloves and shirts in Class 25 |
|  | 3663142 | 08/04/09 | Full line of athletic clothing, headwear, footwear, gloves in Class 25 |
| UNDER ARMOUR | 3642614 | 06/23/09 | Full line of athletic clothing in Class 25 |

30.     Under Armour also owns, among others, the following valid and subsisting U.S. trademark registrations for the ARMOUR mark *per se*, and other ARMOUR Marks (printouts from the PTO database are attached as Exhibit B):

| Mark | Reg. No. | Reg. Date | Products/Services |
|---|---|---|---|
| GAMEDAY ARMOUR | 4183752 | 7/31/12 | Football girdles in Class 28 |
| ARMOUR | 3720012 | 12/01/09 | Clothing, excluding golf clothing, namely, hooded sweat shirts, crew neck shirts, long sleeve shirts, pullover shirts, and sweat pants in Class 25 |
| ARMOUR | 3970978 | 05/31/11 | Footwear, excluding golf footwear in Class 25 |
| ARMOUR | 3766130 | 03/30/10 | Protective athletic cups, in Class 28 |
| ARMOUR | 4133248 | 04/24/12 | Clothing, excluding golf clothing, namely, headwear, hats, caps, baseball caps, beanies and bras, in Class 25 |
| ARMOUR | 3963256 | 05/17/11 | Knee pads for athletic use, in Class 28 |
| ARMOUR | 3392904 | 03/04/08 | Clothing, excluding golf clothing, namely, shorts, shirts, polo shirts, pants, jackets, vests and gloves in Class 25 |
| ARMOURED | 4443976 | 12/03/13 | Fishing shirts; moisture-wicking sports shirts; shirts; short-sleeved shirts; t-shirts; tops in Class 25 |
| ARMOUR STRETCH | 3504324 | 09/23/08 | Jackets, pullovers, and gloves in Class 25 |
| ARMOURSTORM | 3622968 | 05/19/09 | Bib overalls, coats, gloves, jackets, mittens, pants in Class 25 |
| ARMOUR GRABTACK | 3684393 | 09/15/09 | Football gloves in Class 28 |
| ARMOURBLOCK | 3069215 | 03/14/06 | Gloves, socks, hoods, shirts, T-shirts, leggings, pants, underwear, and tank tops in Class 25 |
| GAMEDAY ARMOUR | 4094318 | 01/31/12 | Clothing, namely, shirts, t-shirts, short-sleeved shirts, shorts; clothing for athletic use, namely, padded shorts; clothing for athletic use, namely, padded shirts in Class 25 |

| Mark | Reg. No. | Reg. Date | Products/Services |
|------|----------|-----------|-------------------|
| ARMOURFUSION | 3646904 | 06/30/09 | Sunglasses in Class 9 |
| ARMOURLOFT | 3662480 | 08/04/09 | Jackets; Vests in Class 25 |
| ARMOURCHILL | 4112397 | 03/13/12 | Clothing, namely, beanies, hats, headwear, vests in Class 25 |
| ARMOURSIGHT | 3861988 | 10/12/10 | Eyewear; sunglasses; lenses for sunglasses in Class 9 |
| ARMOURGRIP | 3880602 | 11/23/10 | Leggings; Longsleeved shirts; Moisture-wicking  sports shirts; Pants; Shirts; Short-sleeved shirts; Socks; T-shirts in Class 25 |
| ARMOURFIT | 3938546 | 03/29/11 | Socks in Class 25 |
| ARMOURVENT | 4642057 | 11/18/14 | Athletic shirts; athletic shorts; baselayer bottoms; baselayer tops; bottoms; capri pants; capris; caps; compression garments for athletic or other non-medical use, namely, shirts, shorts; hats; headwear; jackets; leggings; long-sleeved shirts; shirts; short-sleeved shirts; shorts; singlets; sports shirts; t-shirts; tank tops; tank-tops; tops; track jackets; vests in Class 25 |

31.     Under Armour also owns the following valid and subsisting Maryland trademark

registrations for its famous UNDER ARMOUR mark, among others:

| Mark | Reg. No. | Reg. Date | Products/Services |
|------|----------|-----------|-------------------|
| UNDER ARMOUR | 2009-0055 | 05/01/09 | Footwear, athletic footwear, clothing, namely, shirts, shorts, pants, headwear, hats, baseball hats, caps, t-shirts, long sleeve shirts, short sleeve shirts, polo shirts, sweatpants, sweatshirts, hooded sweatshirts, jerseys, turtle necks, mock turtle necks, pullovers, underwear, brassieres, headbands, wristbands, socks, athletic socks, dress socks, skirts, skorts, athletic sleeves, hoods, skull wraps, skull caps, vests, leggings, tank tops, bras, |

| | | | |
|---|---|---|---|
| | | | sports bras, girdles, gloves, belts, hand-warmers, jackets, coats, unitards, baby clothing, bib overalls, snow pants, moisture-wicking shirts, compression shirts, compression pants, compression shorts, long underwear; full line of athletic clothing; clothing for athletic use, namely, padded shirts, padded pants, padded shorts, padded elbow compression sleeves in Class 39 |
| UNDER ARMOUR | 2009-0057 | 05/01/09 | Chin straps for use with protective helmets, sports gloves, golf gloves, batting gloves, football gloves, lacrosse gloves, mouth guards for athletic use, athletic equipment, namely, guards for the lips, chin pads for athletic use, knee pads for athletic use, elbow pads for athletic use, forearm pads for athletic use, shin guards for athletic use, football girdles, protective athletic cups, jock straps, sports bottles, sold empty in Class 22 |
| UNDER ARMOUR | 2009-0059 | 05/01/09 | Bags, sport bags, travel bags, duffel bags, backpacks, sack pacs, reservoir backpacks, toiletry kits, sold empty, golf bags, bags specially adapted for sports equipment in Class 3 |
| UNDER ARMOUR | 2009-0058 | 05/01/09 | Retail, online retail, and mobile retail store services featuring apparel, footwear, sporting goods, and accessories in Class 53 |

| UNDER ARMOUR | 2009-0056 | 05/01/09 | Sunglasses, lenses for sunglasses, visors for use with helmets, watches, lanyards for holding mouthpieces, water bottles, eyeglasses, badges, or keys, magnetic coded gift cards, electronic gift cards, sports towels in Class 50 |
|---|---|---|---|
| UNDER ARMOUR | 2009-0056 | 05/1/2009 | Water bottles |

32.     Under Armour owns the following valid and subsisting U.S. trademark registrations for its PROTECT THIS HOUSE mark (printouts from the PTO database are attached as Exhibit C):

| Mark | Reg. No. | Reg. Date | Products/Services |
|---|---|---|---|
| PROTECT THIS HOUSE | 3402229 | 03/25/08 | Sports bags, sack packs, in Class 18; Hats, shirts, headwear for winter and summer in Class 25 |
| PROTECT THIS HOUSE | 3426653 | 05/13/08 | Retail store services featuring apparel and sporting goods, in Class 35 |
|  | 3806998 | 6/22/10 | Full line of athletic clothing; footwear; athletic footwear; sneakers; shirts; crew shirts; mock turtleneck shirts; t-shirts; polo shirts; sport shirts; sports shirts; knit shirts; long-sleeved shirts; short-sleeved shirts; moisture-wicking sports shirts; sweat shirts; sweaters; sleeveless jerseys; sports jerseys; tank tops; fleece pullovers; hooded pullovers; hooded sweatshirts; vests; undershirts; underwear; thongs; boxer briefs; boxer shorts; briefs; bras; sports bras; moisture-wicking sports bras; pants; sports pants; moisture-wicking sports pants; sweat pants; capri pants; bib overalls; leggings; baselayers bottoms; baselayer tops; shorts; skorts; dresses; jackets; sports jackets; rain jackets; coats; foul weather gear; wind pants; wind resistant jackets; wind shirts; waterproof jackets; waterproof pants; rain trousers; rainproof jackets; rainwear; wristbands; sweat bands; headbands; beanies; |

| Mark | Reg. No. | Reg. Date | Products/Services |
|------|----------|-----------|-------------------|
| | | | visors; hats; bucket hats; caps; skull caps; skull wraps; hoods; scarves; gloves; mittens; belts; socks; men's dress socks; ankle socks; clothing, namely, hand-warmers; clothing for athletic use, namely, padded shirts, padded pants, padded shorts, and padded elbow compression sleeves; football shoes; baseball caps; baseball cleated shoes; baseball belts; softball cleated shoes; golf shirts; golf trousers; golf shorts; golf socks; hunting vests; hunting shirts; bib overalls for hunting; camouflage gloves; camouflage jackets; camouflage pants; camouflage shirts; camouflage vests; running shoes; running socks; running shorts; running pants; ski bibs; ski gloves; ski jackets; ski pants; ski wear; snow pants; snowboard gloves; snowboard mittens; snowboard pants; snowboard socks; soccer boots; soccer shorts; soccer jerseys; soccer socks; tennis wear; training shoes; cleats for attachment to shoes; fishing shirts; fishing pants; cleated football shoes; football belts; volleyball jerseys; basketball shorts, basketball socks; basketball jerseys; hockey socks; lacrosse jerseys; cleated lacrosse shoes; lacrosse shorts; field hockey jerseys, in Class 25 |
|  | 3721852 | 12/8/09 | On-line retail store services featuring apparel, sporting goods, and accessories for apparel and sporting goods; Retail store services featuring apparel, sporting goods, and accessories for apparel and sporting goods, in Class 35 |

## DEFENDANTS' WRONGFUL ACTIVITIES

33.     Without Under Armour's authorization and approval, Defendants have been

offering, selling, and promoting protective athletic shorts (for snowboarding, skiing, and other

athletic activities) in connection with the ASS ARMOR mark:





34.     Defendants display the ASS ARMOR mark in a font similar to the font used by

Under Armour.

35.     Additionally, like Under Armour, Defendants display their ARMOR mark across

the waistband of their product.

36.     Making matters worse, similar to Under Armour's well-known and widely

promoted PROTECT THIS HOUSE tagline mark, Defendants use, advertise, and promote their

ASS ARMOR mark, name, and products (including on their website, on social media websites,

and at sports-related trade shows) in connection with the PROTECT YOUR ASSETS tagline, e.g.:





37.     In around August 2013, Defendants registered the domain name assarmor.com with the Network Solutions, LLC domain name registrar.  Defendants have been operating a website at http://assarmor.com, where they promote and sell their athletic shorts in connection with the ASS ARMOR mark and the PROTECT YOUR ASSETS tagline.

38.     Like Under Armour, Defendants promote their ASS ARMOR mark and their

PROTECT YOUR ASSETS tagline in sports publications and on the Internet (and specifically

via social media).

39.     Among other things, Defendants' ASS ARMOR-branded products have been

advertised and/or featured in snowboarding/ski-related publications:



For Press Inquiries, please contact Press@AssArmor.com

40.     Defendants have also disseminated social-media advertising prominently

featuring the ASS ARMOR mark on sports equipment, e.g., snowboards:




**Ass Armor**
April 16, 2014 · ✎

These #snowboard instructors are reppin!
#assarmor #wheresyourassbeen
#protectyourassets #snow #aspen #riding #skiing

👍 Pam Casimiro Kirkbride, Louis Desiano, Cheryl
   Cooper Kaplan and 6 others like this.

41.     Defendant Casey Taryn, LLC filed U.S. Trademark Application Serial No.

85902314 for the mark ASS ARMOR for "a protective device worn for protection against injury

to one or both of the buttocks and the coccyx for use when engaging in athletic activities" in

International Class 28 with the PTO.

42.     Defendant Casey Taryn, LLC filed U.S. Trademark Application Serial No.

85971961 for the mark  for "a protective device worn for protection against

injury to one or both of the buttocks and the coccyx for use when engaging in athletic activities

and protective wrist wear in the nature of wrist guards for athletic use" in International Class 28

with the PTO.

43.     Under Armour opposed U.S. Trademark Application Nos. 85902314 and

85971961 before the Trademark Trial and Appeal Board.  That action, titled *Under Armour, Inc.

v. Casey Taryn, LLC*, was assigned Opposition No. 91215857.

44.     Under Armour has repeatedly asked Defendants to stop their infringing conduct,

but Defendants refused.

45.     Fully aware of Under Armour's rights, Defendants have acted knowingly, willfully, in reckless disregard of those rights, and in bad faith.

## INJURY TO UNDER ARMOUR AND THE PUBLIC

46.     Defendants' unauthorized use of the ASS ARMOR mark (and their applications for that mark) and the PROTECT YOUR ASSETS mark are likely to cause confusion, mistake, and deception as to the source or origin of Defendants' products, and are likely to falsely suggest a sponsorship, connection, or association between Defendants, their products, and/or their commercial activities with Under Armour.

47.     Defendants' unauthorized use of the ASS ARMOR mark (and their applications for those marks) is likely to dilute the distinctiveness and value of Under Armour's famous UNDER ARMOUR mark.

48.     Defendants' acts, described above, have damaged and irreparably injured and, if permitted to continue, will further damage and irreparably injure Under Armour and its ARMOUR Marks.

49.     Defendants' acts, described above, have irreparably injured, and, if permitted to persist, will continue to irreparably injure the public, who has an interest in being free from confusion, mistake, and deception.

## FIRST CLAIM FOR RELIEF
### Trademark Infringement Under
### Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1)

50.     Under Armour repeats and realleges each and every allegation set forth in Paragraphs 1 through 49 of this Complaint.

51.     Without Under Armour's consent, Defendants used and continue to use in commerce reproductions, copies, and colorable imitations of Under Armour's registered

ARMOUR Marks mark in connection with the offering, distribution, and advertising of goods, which is likely to cause confusion, or to cause mistake, or to deceive, in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

52.     Without Under Armour's consent, Defendants used and continue to use in commerce reproductions, copies, and colorable imitations of Under Armour's registered PROTECT THIS HOUSE mark in connection with the offering, distribution, and advertising of goods, which is likely to cause confusion, or to cause mistake, or to deceive, in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

**SECOND CLAIM FOR RELIEF**
**Trademark Infringement, False Designation**
**of Origin, Passing Off, and Unfair Competition**
**Under Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A)**

53.     Under Armour repeats and realleges each and every allegation set forth in Paragraphs 1 through 52 of this Complaint.

54.     Defendants' actions, as described above, are likely to cause confusion, or to cause mistake, or to deceive as to the origin, sponsorship, or approval of Defendants, their products, and/or their commercial activities by or with Under Armour, and thus constitute trademark infringement, false designation of origin, passing off, and unfair competition in violation of Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A).

**THIRD CLAIM FOR RELIEF**
**Trademark Dilution Under Section**
**43(c) of the Lanham Act, 15 U.S.C. § 1125(c)**

55.     Under Armour repeats and realleges each and every allegation set forth in Paragraphs 1 through 54 of this Complaint.

56.     Under Armour's UNDER ARMOUR mark is famous, as that term is used in 15 U.S.C. § 1125(c), and was famous before Defendants' first use of the ASS ARMOR mark (or the

filing dates for the trademark applications for that mark), based on, among other things, the inherent distinctiveness and federal registration of Under Armour's UNDER ARMOUR mark and the extensive nationwide use, advertising, promotion, and recognition of that mark.

57.     Defendants' actions, as described above, are likely to dilute the distinctive quality and harm the reputation of Under Armour's famous UNDER ARMOUR mark by blurring and tarnishment in violation of Section 43(c) of the Lanham Act, 15 U.S.C. §1125(c), as amended by the Trademark Dilution Revision Act of 2006.

**FOURTH CLAIM FOR RELIEF**
**Cybersquatting Under Section**
**43(d) of the Lanham Act, 15 U.S.C. § 1125(d)**

58.     Under Armour repeats and realleges each and every allegation set forth in Paragraphs 1 through 57 of this Complaint.

59.     Defendants caused to be registered, registered, and/or used the assarmor.com domain name with a bad-faith intent to profit from Under Armour's ARMOUR Marks.

60.     Under Armour's ARMOUR Marks were distinctive at the time Defendants caused to be registered, registered, and/or used the assarmor.com domain name.

61.     Under Armour's UNDER ARMOUR mark was famous at the time Defendants caused to be registered, registered, and/or used the assarmor.com domain name.

62.     The assarmor.com domain name is confusingly similar to Under Armour's ARMOUR Marks.

63.     The assarmor.com domain name is dilutive of Under Armour's UNDER ARMOUR mark.

64.     Defendants' actions, as described above, violate Section 43(d) of the Lanham Act, 15 U.S.C. § 1125(d).

## FIFTH CLAIM FOR RELIEF
## Trademark Infringement Under
## Md. Code Bus. Reg. § 1-414 *et seq.*

65.     Under Armour repeats and realleges each and every allegation set forth in

Paragraphs 1 through 64 of this Complaint.

66.     Defendants' use, without the consent of Under Armour, of a reproduction and/or

colorable imitation of Under Armour's registered ARMOUR Marks in connection with the sale,

offering for sale, and/or advertising of goods or services, is likely to cause confusion, or to

deceive as to the origin of the goods or services, and thus constitutes trademark infringement in

violation of Md. Code Bus. Reg. § 1-414 *et seq.*

67.     Defendants' reproduction and/or colorable imitation of Under Armour's

registered ARMOUR Marks and application of that reproduction and/or colorable imitation to

Defendants' advertising, labels, prints, receptacles, signs, or wrappers that are intended to be

used with goods or services and/or in conjunction with the sale or other distribution of goods or

services in Maryland constitutes trademark infringement in violation of Md. Code Bus. Reg. § 1-

414 *et seq.*

## SIXTH CLAIM FOR RELIEF
## Trademark Infringement, False Advertising, and Unfair Competition
## Under Maryland Common Law

68.     Under Armour repeats and realleges each and every allegation set forth in

Paragraphs 1 through 67 of this Complaint.

69.     Defendants' actions, as described above, are likely to cause confusion, or to cause

mistake, or to deceive as to the affiliation, connection, or association of Defendants with Under

Armour, or as to the origin, sponsorship, or approval of Defendants, their products, and their

commercial activities by or with Under Armour such that Defendants' acts constitute

infringement of Under Armour's proprietary rights in its ARMOUR Marks, misappropriation of

Under Armour's goodwill in those marks, and unfair competition under Maryland common law.

70.     Defendants' actions, as described above, constitute false and misleading

descriptions and misrepresentations of fact in commerce, which, in commercial advertising and

promotion, materially misrepresent the nature, characteristics, and qualities of Defendants'

products and constitute false and deceptive advertising under Maryland common law.

## JURY DEMAND

Pursuant to Fed. R. Civ. P. 38, Under Armour respectfully demands a trial by jury on all

issues properly triable by a jury in this action.

## PRAYER FOR RELIEF

WHEREFORE, Under Armour respectfully requests that this Court enter judgment in its

favor on each and every claim for relief set forth above and award it relief, including but not

limited to the following:

A.     An Order declaring that Defendants' use of (and applications for) the ASS

ARMOR mark infringe Under Armour's ARMOUR Marks, dilute Under Armour's UNDER

ARMOUR mark, and constitute unfair competition under federal and/or state law, as detailed

above;

B.     An Order declaring that Defendants' use of the PROTECT YOUR ASSETS mark

infringes Under Armour's PROTECT THIS HOUSE mark and constitute unfair competition

under federal and/or state law, as detailed above;

C.     A permanent injunction enjoining Defendants and their employees, agents,

partners, officers, directors, owners, shareholders, principals, subsidiaries, related companies,

affiliates, distributors, dealers, and all persons in active concert or participation with any of them:

1.      From using, registering, or seeking to register the ASS ARMOR mark and

PROTECT YOUR ASSETS mark in any form, including but not limited to in connection

with any other wording or designs, and from using any other marks, logos, designs,

designations, or indicators that are confusingly similar to any of Under Armour's

ARMOUR Marks and the PROTECT THIS HOUSE mark and/or dilutive of Under

Armour's UNDER ARMOUR mark;

2.      From representing by any means whatsoever, directly or indirectly, that

Defendants, any products or services offered by Defendants, or any activities undertaken

by Defendants, are associated or connected in any way with Under Armour or sponsored

by or affiliated with Under Armour in any way;

3.      From assisting, aiding or abetting any other person or business entity in

engaging in or performing any of the activities referred to in subparagraphs B(1)-(2);

D.      An Order directing Defendants to destroy all products, packaging, signage,

advertisements, promotional materials, stationery, forms, and/or any other materials and things

that contain or bear the ASS ARMOR mark and/or the PROTECT YOUR ASSETS mark or any

other marks, logos, designs, designations, or indicators that are confusingly similar to any of

Under Armour's ARMOUR Marks and the PROTECT THIS HOUSE mark, and/or dilutive of

Under Armour's UNDER ARMOUR mark;

E.      An Order directing the Director of the PTO to abandon Application Serial Nos.

85902314 and 85971961 for the ASS ARMOR mark with prejudice;

F.      An Order directing Defendants (and the relevant registrar) to transfer to Under

Armour the assarmor.com domain name and all other domain names Defendants own or control

that contain any of Under Armour's ARMOUR Marks (including but not limited to any domain

names comprised of or containing ARMOUR or ARMOR) and/or the PROTECT THIS HOUSE mark, any marks confusingly similar to any of Under Armour's ARMOUR Marks and/or the PROTECT THIS HOUSE mark, and/or any marks dilutive of Under Armour's UNDER ARMOUR mark;

G.      An Order requiring Defendants to disseminate pre-approved corrective advertising and send pre-approved letters to all customers, resellers, retailers, agents, partners, and/or representatives to address the likely confusion and/or dilution caused by use of the ASS ARMOR mark, the PROTECT YOUR ASSETS mark, and the assarmor.com domain name.

H.      An Order directing that, within thirty (30) days after the entry of the injunction, Defendants file with this Court and serve on Under Armour's attorneys a report in writing and under oath setting forth in detail the manner and form in which Defendants have complied with the injunction;

I.      An Order requiring Defendants to account for and pay to Under Armour any and all profits arising from the foregoing acts, and increasing such profits, in accordance with 15 U.S.C. § 1117 and other applicable laws, including but not limited to Md. Code Bus. Reg. § 1-414 *et seq.*;

J.      An Order requiring Defendants to pay statutory damages under 15 U.S.C. § 1117(d), on election by Under Armour, in an amount of one hundred thousand dollars ($100,000) for the registration and use of the assarmor.com domain name;

K.      An Order requiring Defendants to pay Under Armour damages in an amount as yet undetermined caused by the foregoing acts, and trebling such damages in accordance with 15 U.S.C. § 1117 and other applicable laws, including but not limited to Md. Code Bus. Reg. § 1-414 *et seq.*;

L.      An Order requiring Defendants to pay Under Armour all of its litigation expenses, including reasonable attorneys' fees and the costs of this action pursuant to 15 U.S.C. § 1117 and other applicable laws;

M.      An Order requiring Defendants to pay Under Armour punitive damages for trademark infringement and unfair competition under Maryland common law; and

N.      Other relief as the Court may deem appropriate.

Dated:  January 20, 2015                     Respectfully submitted,

*/s/ Douglas A. Rettew*
Douglas A. Rettew (29815)
Danny M. Awdeh (*pro hac vice* in process)
Anna B. Naydonov (*pro hac vice* in process)
FINNEGAN, HENDERSON,
  FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
(202) 408-4000 (phone)
(202) 408-4400 (fax)
Email: doug.rettew@finnegan.com
Email: danny.awdeh@finnegan.com
Email: anna.naydonov@finnegan.com

**Attorneys for Plaintiff**
**Under Armour, Inc.**